## Commonwealth ex rel. Williamson, Appellant, *v.* Williamson.

Argued June 9, 1969. *Sidney M. DeAngelis,* with him *Bean, DeAngelis, Tredinnick & Giangiulio,* for appellant; *Clarence L. Walker,* with him *Desmond J. Mc-Tighe,* for appellee.

Order affirmed.

## Commonwealth *v.* Artwell, Appellant.

Submitted June 9, 1969. *Mervyn R. Turk* and *R. Barclay Surrick,* Assistant Public Defenders, and *Charles J. Odgers, Jr.,* Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.

## Commonwealth *v.* Beard, Appellant.

Submitted June 9, 1969. *Robert C. Rowe,* for appellant; *Joseph C. Mesics,* Assistant District Attorney, for Commonwealth, appellee.

Order affirmed.